## CORPORATE RESOLUTION

Dated: 4-26-04

On the above stated date, a meeting of the board of directors of Paradon Industries U.S.A., Inc., was called to order at 1244 Polaris Drive, Newport Beach, CA 92660. All present have signed below.

BE IT RESOLVED by the board of directors of Paradon Industries U.S.A., Inc., that the corporation shall file Chapter 7 Bankruptcy in the Central District of California, effective as soon as a filing can be obtained.

BE IT FURTHER RESOLVED that all shareholders, directors and officers, consent to this special meeting held at the address stated above and waive notice of this meeting.

Kenneth Stark
President