IN RE PARADON INDUSTRIES U.S.A., INC. ........................................................... Case No. ...................................................
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding unsecured claims without priority against the debtor or the property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 3783-678991-17003<br>American Express Small Business Services<br>Box 0001<br>Los Angeles, CA 90096 | | | February and 2002 was the last billing cycle. This is for general business debts incurred from 2000 to 2002. | | | | 39,000.00 |
| Account No.<br>United Recovery Systems, Inc.<br>5800 North Course Drive<br>Houston, TX 77072 | | | Assignee or other notification for:<br>American Express Small Business Services | | | | |
| Account No. 3290883<br>Chain Store Guide<br>P.O. Box 31203<br>Tampa, FL 33631 | | | Advertising for business. Last invoice dated 2/25/2003. | | | | 1,024.33 |
| Account No.<br>Curtis, Clark & Fairchild, Ltd.<br>244 Route 3 East, Suite 205<br>Secaucus, NJ 07094 | | | Assignee or other notification for:<br>Chain Store Guide | | | | |
| Account No. 3466237<br>Clientlogic Specialist Market Services | | | | | | | 2,650.00 |

3 Continuation Sheets attached

Subtotal (Total of this page)    42,674.33

(Complete only on last sheet of Schedule F) TOTAL

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE PARADON INDUSTRIES U.S.A., INC. ........................................................ Case No. ........................................
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Biehl & Biehl<br>P.O. Box 66415<br>Chicago, IL 60666 | | | Assignee or other notification for:<br>Clientlogic Specialist Market Services | | | | |
| Account No. 0043155-IN<br>Component Concepts<br>1934 Kellog Avenue<br>Carlsbad, CA 92008 | | | October, 2002. Packaging materials. | | | | 1,361.96 |
| Account No.<br>Credit Management Services<br>6355 Topanga Canyon Blvd., #250<br>Woodland Hills, CA 91367 | | | Assignee or other notification for:<br>Component Concepts | | | | |
| Account No. 1800000889; 180000090<br>Discovery Enterprises Worldwide<br>7700 Wisconsin Avenue<br>Bethesda, MD 20814 | | | April 2002. License minimum guarantee fees. | | | | 45,000.00 |
| Account No.<br>Jay N. Applebaun<br>P.O. Box 19242<br>Encino, CA 91416 | | | Assignee or other notification for:<br>Discovery Enterprises Worldwide | | | | |
| Account No.<br>Levy Diamond Bello & Associates, LLC<br>P.O. Box 352<br>Milford, CT 06460 | | | Assignee or other notification for:<br>Discovery Enterprises Worldwide | | | | |
| Account No.<br>Rhett A. Frimet, P.C.<br>10 East 40th Street, 46th Floor<br>New York, NY 10016 | | | Assignee or other notification for:<br>Discovery Enterprises Worldwide | | | | |

Sheet _____1 of_____3 Continuation Sheets attached to Schedule F

Subtotal (Total of this page) 46,361.96

(Complete only on last sheet of Schedule F) TOTAL
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE PARADON INDUSTRIES U.S.A., INC. _____ Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. R09960<br>Hecny Transportation USA, Inc. | | | Shipping and transportation costs. | | | | 2,970.95 |
| Account No.<br>NCO Financial Systems Inc.<br>3850 N. Causeway Blvd., Suite 200<br>Metairie, LA 70002 | | | Assignee or other notification for:<br>Hecny Transportation USA, Inc. | | | | |
| Account No. 4854908<br>Pitney Bowes Credit Corporation, PBCC<br>P.O. Box 856460<br>Lewisville, KY 40285 | | | Last billing date was October, 2003. Claim was incurred in late 2002. Rental for a postage machine and postage. | | | | 1,116.42 |
| Account No.<br>Caine & Weiner<br>P.O. Box 8500<br>Van Nuys, CA 91409 | | | Assignee or other notification for:<br>Pitney Bowes Credit Corporation, PBCC | | | | |
| Account No. 01037654884<br>Purchase Power<br>P.O. Box 856042<br>Lewisville, KY 40285 | | | January of 2003 was last billing date. This amount is due for postage for a mass mailing stemmin from mid 2002. | | | | 23,226.00 |
| Account No.<br>Cain & Weiner<br>P.O. Box 8500<br>Van Nuys, CA 91409 | | | Assignee or other notification for:<br>Purchase Power | | | | |
| Account No.<br>Law Office Of Dyne, Friedland & Omrani<br>P.O. Box 7020<br>Van Nuys, CA 91409 | | | Assignee or other notification for:<br>Purchase Power | | | | |

Sheet _____2_____ of _____3_____ Continuation Sheets attached to Schedule F

Subtotal (Total of this page)    27,313.37

(Complete only on last sheet of Schedule F) **TOTAL**
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE PARADON INDUSTRIES U.S.A., INC. ................................................................. Case No. ..................................................
                                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Waterview Resolution Corp.<br>4901 Belfort Rd., Suite 120<br>Jacksonville, FL 32256 | | | Assignee or other notification for:<br>Purchase Power | | | | |
| Account No. none<br>Revolution Studios<br>2900 W. Olympic Blvd.<br>Santa Monica, CA 90404 | | | July, 2002. Guarantees for licensing deals. | | | | 15,000.00 |
| Account No. none<br>Signature Network, Inc.<br>2 Bryant Street<br>San Francisco, CA 94105 | | | October, 2002. Guarantees for licensing contracts. | | | | 75,000.00 |
| Account No. 17198<br>Solar Communications<br>Dept. 73264<br>Chicago, IL 60673 | | | March 19, 2002. Printing bill for mass mailing. | | | | 58,888.68 |
| Account No. 003110<br>Valassis<br>19975 Victor Parkway<br>Livonia, MI 48152 | | | June 2002. Advertising in magazines. | | | | 5,890.50 |
| Account No.<br>Alan Brodkin & Associates<br>23161 Mill Creek Drive, Suite 230<br>Laguna Hills, CA 92653 | | | Assignee or other notification for:<br>Valassis | | | | |
| Account No.<br>Central Mercantile Collection Services<br>822 E. Grand River<br>Brighton, MI 48116 | | | Assignee or other notification for:<br>Valassis | | | | |

Sheet ____3____ of ____3____ Continuation Sheets attached to Schedule F

Subtotal (Total of this page) | 154,779.18

(Complete only on last sheet of Schedule F) TOTAL | 271,128.84

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS