**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                                  Case No. _____

PARADON INDUSTRIES U.S.A., INC.                                         Chapter 7
_____
Debtor(s)

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of ___4___ sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: **April 26, 2004**        Signature: **/s/ Kenneth D. Stark**
                                            Kenneth D. Stark, President                     Debtor

Date: _____          Signature: _____
                                                                              Joint Debtor, if any

Date: **April 26, 2004**        Signature: **/s/ Patrick J. Stark**
                                            Patrick J. Stark #149352                Attorney (if applicable)

---

04/28/2004    **FILED**    10:28
**SA04-12793JB**
DEBTOR:
  PARADON INDUSTRIES USA INC
JUDGE: HON. J. BARR - 408
TRUSTEE: NAYK   CH: 07  (COMPLETE)
341A MTG: 06/02/2004 09:00 SA4
ADR: RM 3-110 411 W. FOURTH ST., SA

---

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIF. ID: 218
RECEIPT NO: SA-004036  $ 209.00