PARADON INDUSTRIES USA INC
177 Riverside Suite F-913
Newport Beach, CA  92663


Law Office Of Patrick J Stark
501 W Broadway Suite 770
San Diego, CA  92101

Alan Brodkin & Associates
23161 Mill Creek Drive Suite 230
Laguna Hills, CA  92653


American Express Small Business Ser
Box 0001
Los Angeles, CA  90096


Biehl & Biehl
PO Box 66415
Chicago, IL  60666


Cain & Weiner
PO Box 8500
Van Nuys, CA  91409


Caine & Weiner
PO Box 8500
Van Nuys, CA  91409


Central Mercantile Collection Servi
822 E Grand River
Brighton, MI  48116


Chain Store Guide
PO Box 31203
Tampa, FL  33631


Component Concepts
1934 Kellog Avenue
Carlsbad, CA  92008


Credit Management Services
6355 Topanga Canyon Blvd #250
Woodland Hills, CA  91367

Curtis Clark & Fairchild Ltd
244 Route 3 East Suite 205
Secaucus, NJ  07094

Discovery Enterprises Worldwide
7700 Wisconsin Avenue
Bethesda, MD  20814

Jay N Applebaun
PO Box 19242
Encino, CA  91416

Law Office Of Dyne Friedland & Omr
PO Box 7020
Van Nuys, CA  91409

Levy Diamond Bello & Associates LL
PO Box 352
Milford, CT  06460

NCO Financial Systems Inc
3850 N Causeway Blvd Suite 200
Metairie, LA  70002

Pitney Bowes Credit Corporation PB
PO Box 856460
Lewisville, KY  40285

Purchase Power
PO Box 856042
Lewisville, KY  40285

Revolution Studios
2900 W Olympic Blvd
Santa Monica, CA  90404

Rhett A Frimet PC
10 East 40th Street 46th Floor
New York, NY  10016


Signature Network Inc
2 Bryant Street
San Francisco, CA  94105


Solar Communications
Dept 73264
Chicago, IL  60673


United Recovery Systems Inc
5800 North Course Drive
Houston, TX  77072


Valassis
19975 Victor Parkway
Livonia, MI  48152


Waterview Resolution Corp
4901 Belfort Rd Suite 120
Jacksonville, FL  32256