FORM B9B (Chapter 7 Corporation/Partnership No Asset Case) (12/03)

| UNITED STATES BANKRUPTCY COURT | Central District of California |
|---|---|

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on April 28, 2004.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at 411 West Fourth St, Suite 2030 Santa Ana, CA 92701-4593.

NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

| Debtor(s) (name(s) address)<br>PARADON INDUSTRIES USA INC<br><br>177 RIVERSIDE SUITE F-913<br>NEWPORT BEACH, CA 92663 | **Case Number:** SA 04-12793-JB |
|---|---|
| | Last four digits of Soc. Sec. No. / Complete EIN or other Taxpayer I.D. No.:<br><br>Dbt SSN:           EIN/Tax I.D.: 33-0524089<br>JDbt SSN:         EIN/Tax I.D.: |
| All Other Names used by the Debtor(s) in the last 6 years (include married, maiden, and trade names):<br><br>Debtor: AKA  PARADON INDUSTRIES INC<br><br>Joint Debtor: AKA  PARADON INDUSTRIES INC | Bankruptcy Trustee (name, address, telephone)<br>KAREN S NAYLOR<br>P O BOX 504<br>SANTA ANA, CA 92702-0504<br>Telephone number: (949) 262-1748 |
| Attorney for Debtor(s) (name, address, telephone)<br>PATRICK J STARK<br>LAW OFFICES OF PATRICK J STARK<br>501 W BROADWAY SUITE 770<br>SAN DIEGO, CA 92101<br><br>Telephone number: (619) 338-9500 | |

### Meeting of Creditors

Date:  **June 2, 2004**          Time:  **09:00 A.M.**          Location:  **Ronald Reagan Federal Bldg, 411 W Fourth St, Room 3-110, Santa Ana, CA 92701**

### Creditors May Not Take Certain Actions

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

### Please Do Not File A Proof of Claim Unless You Receive a Notice To Do So

| **Address of the Bankruptcy Clerk's Office:**<br><br>U.S. Bankruptcy Court<br>411 West Fourth St, Suite 2030<br>Santa Ana, CA 92701-4593<br>Telephone number: (714) 338-5300 | **For the Court:**<br><br>Clerk of the Bankruptcy Court:<br>Jon D. Ceretto |
|---|---|
| Hours Open:  9:00 A.M to 4:00 P.M. | Date:  April 29, 2004 |

(Form rev. 12/03 : 341-B9B)                          23 /NGV

## EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. *The trustee is designated to preside at the meeting of creditors. The case is covered by the Chapter 7 blanket bond on file with the Court.* |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the **U.S. Bankruptcy Court, 411 West Fourth St, Suite 2030, Santa Ana, CA 92701-4593.** You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office at the address listed above. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |
| Failure to File a Statement and/or Schedule(s) | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S),** the debtor must do so, or obtain an extension of time to do so, within 15 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial Section 341(a) meeting of creditors and any continuance thereof, will result in dismissal of the case with a 180-day prohibition on filing another case, unless leave of court is first obtained. |
| Bankruptcy Fraud and Abuse | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the United States Trustee, 725 South Figueroa Street, 26th Floor, Los Angeles, CA 90017. |

**---Refer to Other Side For Important Deadlines and Notices---**

BAE SYSTEMS
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

Case 8:04-bk-12793-JB    Doc 23-1    Filed 04/29/04    Entered 04/29/04 00:00:00    Desc
Main Document    Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0973-8               User: NGV                      Page 1 of 1                  Date Rcvd: Apr 30, 2004
Case: 04-12793-JB                  Form ID: B9B                   Total Served: 30

The following entities were served by first class mail on May 02, 2004.
D         PARADON INDUSTRIES USA INC,   177 RIVERSIDE SUITE F-913,   NEWPORT BEACH, CA 92663
DA        PATRICK J STARK,   LAW OFFICES OF PATRICK J STARK,    501 W BROADWAY SUITE 770,    SAN DIEGO, CA 92101
T         KAREN S NAYLOR,   P O BOX 504,    SANTA ANA, CA 92702-0504
1         FRANCHISE TAX BOARD,    ATTN: BANKRUPTCY,   P. O. BOX  2952,    SACRAMENTO, CA 95812-2952
2         EMPLOYMENT DEVELOPMENT DEPARTMENT,   BANKRUPTCY GROUP MIC 92E,   P.O. BOX 826880,
            SACRAMENTO, CA 94280-0001
3         UNITED STATES TRUSTEE,    411 W FOURTH ST., SUITE 9041,    SANTA ANA, CA 92701-4593
4         ALAN BRODKIN  ASSOCIATES,    23161 MILL CREEK DRIVE SUITE 230,    LAGUNA HILLS, CA 92653
5         AMERICAN EXPRESS SMALL BUSINESS SER,    BOX 0001,   LOS ANGELES, CA 90096
6         BIEHL  BIEHL,    P0 BOX 66415,    CHICAGO, IL 60666
7         CAIN  WEINER,    P0 BOX 8500,    VAN NUYS, CA 91409
8         CAINE  WEINER,    P0 BOX 8500,    VAN NUYS, CA 91409
9         CENTRAL MERCANTILE COLLECTION SERVI,    822 E GRAND RIVER,    BRIGHTON, MI 48116
10        CHAIN STORE GUIDE,    PC BOX 31203,    TAMPA, FL 33631
11        COMPONENT CONCEPTS,    1934 KELLOG AVENUE,    CARLSBAD, CA 92008
12        CREDIT MANAGEMENT SERVICES,    6355 TOPANGA CANYON BLVD 250,    WOODLAND HILLS, CA 91367
13        CURTIS CLARK  FAIRCHILD LTD,    244 ROUTE 3 EAST SUITE 205,    SECAUCUS, NJ 07094
14        DISCOVERY ENTERPRISES WORLDWIDE,    7700 WISCONSIN AVENUE,    BETHESDA, MD 20814
15        JAY N APPLEBAUN,    P0 BOX 19242,    ENCINO, CA 91416
16        LAW OFFICE OF DYNE FRIEDLAND  OMR,    P0 BOX 7020,    VAN NUYS, CA 91409
17        LEVY DIAMOND BELLO  ASSOCIATES LL,    P0 BOX 352,    MILFORD, CT 06460
18        NCO FINANCIAL SYSTEMS INC,    3850 N CAUSEWAY BLVD SUITE 200,    METAIRIE, LA 70002
19        PITNEY BOWES CREDIT CORPORATION PB,    P0 BOX 856460,    LEWISVILLE, KY 40285
20        PURCHASE POWER,    P0 BOX 856042,    LEWISVILLE, KY 40285
21        REVOLUTION STUDIOS,    2900 W OLYMPIC BLVD,    SANTA MONICA, CA 90404
22        RHETT A FRIMET PC,    10 EAST 40TH STREET 46TH FLOOR,    NEW YORK, NY 10016
23        SIGNATURE NETWORK INC,    2 BRYANT STREET,    SAN FRANCISCO, CA 94105
24        SOLAR COMMUNICATIONS,    DEPT 73264,    CHICAGO, IL 60673
25        UNITED RECOVERY SYSTEMS INC,    5800 NORTH COURSE DRIVE,    HOUSTON, TX 77072
26        VALASSIS,    19975 VICTOR PARKWAY,    LIVONIA, MT 48152
27        WATERVIEW RESOLUTION CORP,    4901 BELTORT RD SUITE 120,    JACKSONVILLE, FL 32256

The following entities were served by electronic transmission on Apr 30, 2004 and receipt of the transmission
was confirmed on:
1         EDI: CALTAX.COM Apr 30 2004 16:05:00      FRANCHISE TAX BOARD,    ATTN: BANKRUPTCY,    P. O. BOX  2952,
            SACRAMENTO, CA 95812-2952
                                                                                               TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 02, 2004          Signature: *Joseph Speetjens* [signature]