6/2/04
9:00
(17)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

TRUSTEE 341(a) MEETING WORKSHEET - CHAPTER 7

CASE NUMBER: SA04-12793-JB                    TRUSTEE: T007600

KAREN SUE NAYLOR

DEBTOR:     PARADON INDUSTRIES USA INC        341(a) DATE: 06/02/04

CO-DEBTOR:                                    341(a) TIME: 09:00 A.M.

APPEARANCES:

| | | |
|---|---|---|
| DEBTOR: PARADON INDUSTRIES USA INC | (✓)Present ( )Absent ( )2nd Absence ( ) | |
| CO-DEBTOR: | ( )Present ( )Absent ( )2nd Absence ( ) | |
| DEBTOR'S ATTORNEY: STARK, PATRICK J, Esq. | (✓)Present ( )Absent ( )2nd Absence ( ) | |

RESULTS OF MEETING:

DEBTOR: PARADON INDUSTRIES USA INC
    341(a) Meeting for debtor CONCLUDED      (✓)YES    ( )NO
OR  341(a) Meeting for debtor CONTINUED to _____ at _____
                                                            Date            Time

Debtor continued due to non-appearance      ( ) YES    ( )NO
Other reason for continuance of debtor: _____

CO-DEBTOR:
    341(a) Meeting for co-debtor CONCLUDED   ( )YES    ( )NO
OR  341(a) Meeting for co-debtor CONTINUED to _____ at _____
                                                            Date            Time

Debtor continued due to non-appearance      ( ) YES    ( )NO
Other reason for continuance of co-debtor: _____

FILED
04 JUN -3 AM 11:54
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

REQUEST TO DISMISS CASE FOR FAILURE TO APPEAR AT 341(a) MEETING:

The undersigned certifies under penalty of perjury that the debtor and/or co-debtor has failed to appear at two 341(a) meetings and recommends that a dismissal order be initiated against (check appropriate box(es)):

( )  DEBTOR:     PARADON INDUSTRIES USA INC    ( ) with or ( ) without 180-day bar
( )  CO-DEBTOR:                                ( ) with or ( ) without 180-day bar

Note:  In a joint case where one debtor appeared at the 341(a) meeting and the other did not appear at two 341(a) meetings, the debtor that appeared shall receive a dismissal without a 180-day bar from refiling, while the debtor that did not appear shall be dismissed with the 180-day bar from refiling. Any other desired outcome requires a motion to be filed with the Court.

Date:_____            Trustee:_____

25
