FILED

KAREN SUE NAYLOR, TRUSTEE
P.O. BOX 504
SANTA ANA, CA  92702-0504
(949) 262-1748   FAX (714) 708-3949

'04 JUN -3 AM 11: 49

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| In Re<br><br>PARADON INDUSTRIES USA INC<br><br><br>Debtor(s). | CASE NUMBER<br>SA04-12793     JB |
|---|---|
| | REPORT OF TRUSTEE IN<br>CHAPTER 7 NO ASSET CASE |

The undersigned, duly appointed Chapter 7 Trustee of the estate of the above-named debtor(s), reports that she has neither received any property nor paid any money on account of this estate; that she has made diligent inquiry into the whereabouts of property belonging to the estate; that she has no objections to the exemptions claimed; and that each of the assets scheduled and not claimed exempt are burdensome or of inconsequential value or are encumbered beyond value and the Trustee asserts no interest therein. Therefore, the Trustee has not taken possession of said assets, asserts no interest in said assets, and has not and will not administer said assets which are to be abandoned in accordance with 11 USC 554 (c).

WHEREFORE, Trustee prays that her Report be approved, that she be discharged from office, and her bond exonerated, and for all other appropriate orders.

Dated:  June 2, 2004

Karen Sue Naylor, Trustee
KAREN SUE NAYLOR/ TRUSTEE

APPROVED BY ORDER OF THE U.S. BANKRUPTCY COURT AND THE SAID ESTATE(S) IS HEREBY CLOSED

Dated:                                    JON D. CERETTO

                                         Clerk of Court

